HENRY GUTTAG et al., Respondents, *v.* NATIONAL SURETY COMPANY, Appellant.

(Argued April 12, 1933; decided April 28, 1933.)

*Joseph R. Kelley* and *Thomas McCall* for appellant.

*Louis J. Vorhaus, Joseph Fischer* and *Jesse Hemley* for respondents.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.